UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES 44 LLC, a Delaware entity,<br><br>    Plaintiff<br><br>v.<br><br>THE HANOVER INSURANCE GROUP INC. and AMTRUST FINANCIAL SERVICES, INC.<br><br>    Defendants. | Case No. 4:22-cv-40077-WGY |

## CORPORATE DISCLOSURE STATEMENT

Defendant, AmTrust Financial Services, Inc. ("AmTrust"), pursuant to Federal Rule of Civil Procedure 7.1, AmTrust hereby discloses that it is a privately held corporation; is owned by Evergreen Parent, L.P. of Delaware; and no publicly traded entity owns ten percent (10%) or more of Evergreen Parent, L.P.

Respectfully Submitted,

Date:  September 20, 2022

*/s/Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
Sidley Austin LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

>Christopher M. Assise (*pro hac vice forthcoming*)
>Sidley Austin LLP
>One South Dearborn Street
>Chicago, IL 60603
>(312) 853-2236
>cassise@sidley.com
>
>*Attorneys for Defendant AmTrust Financial Services, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 20th day of September, 2022, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

Dated: September 20, 2022        */s/Jack W. Pirozzolo*
                                             Jack W. Pirozzolo